FILE COPY



# COURT OF APPEALS

### SECOND DISTRICT OF TEXAS

CHIEF JUSTICE
BONNIE SUDDERTH

JUSTICES
SUE WALKER
BILL MEIER
LEE GABRIEL
ELIZABETH KERR
MARK T. PITTMAN
J. WADE BIRDWELL

TIM CURRY CRIMINAL JUSTICE CENTER
401 W. BELKNAP, SUITE 9000
FORT WORTH, TEXAS 76196-0211

TEL: (817) 884-1900

FAX: (817) 884-1932

www.txcourts.gov/2ndcoa

CLERK
DEBRA SPISAK

CHIEF STAFF ATTORNEY
LISA M. WEST

GENERAL COUNSEL
CLARISSA HODGES

June 14, 2018

Hon. David L. Evans
Regional Presiding Judge
Tom Vandergriff Civil Courts Building
100 N. Calhoun, 4th Floor
Fort Worth, TX 76196
* DELIVERED VIA E-MAIL *

Joseph W. Spence
Assistant District Attorney
401 W. Belknap Street
Fort Worth, TX 76196
* DELIVERED VIA E-MAIL *

Lance (Luke) H. Beshara
Patel Gaines, PLLC
221 West Exchange Ave., Suite 206A
Fort Worth, TX 76164
* DELIVERED VIA E-MAIL *

Hon. Mollee Westfall
Judge, 371st District Court
Tim Curry Criminal Justice Center
401 W. Belknap St., 5th Floor
Fort Worth, TX 76196
* DELIVERED VIA E-MAIL *

Criminal District Clerk, Tarrant County
Tim Curry Criminal Justice Center
401 W. Belknap, 3rd Floor
Fort Worth, TX 76196-0402
* DELIVERED VIA E-MAIL *

Katherine E. Owens
Tarrant County Criminal District Attorney's
Office
401 W. Belknap Street
Fort Worth, TX 76196
* DELIVERED VIA E-MAIL *

Mark D. Scott
Mark D. Scott & Associates, PLLC
3000 East Loop 820
Fort Worth, TX 76112
* DELIVERED VIA E-MAIL *

RE:     Court of Appeals Number:     02-18-00007-CR, 02-18-00008-CR
        Trial Court Case Number:      1470861DX1, 1475011DX1

Style:   Mark Scott
         v.
         The State of Texas

Today the Second Court of Appeals issued an opinion and judgment in the above-referenced cause. Copies of the opinion and judgment are attached and can also be viewed on our Court's webpage at: http://www.txcourts.gov/2ndcoa.

FILE COPY

Respectfully yours,

DEBRA SPISAK, CLERK

*Debra Spisak*